# CHECKLIST FOR APPELLANT'S BRIEF

**DOCKET NO.:** **06-15-00061-CR**     **REVIEW DATE:** **12/1/2015**     ☐ *ANDERS BRIEF*

☒ *PRO SE RESPONSE*

**STYLE:** ***Bobby Eugene Clark, Jr. v. The State of Texas***

| | | | **YES** | **NO** | **CL** |
|---|---|---|:---:|:---:|:---:|
| **Rule 38.1(a)** | **Identity of Parties and Counsel** | | | | |
| | *List of all parties* | | ☐ | ☒ | ☐ |
| | *Names and address of all TRIAL counsel* | | ☐ | ☒ | ☐ |
| | *Names and address of all APPELLATE counsel* | | ☐ | ☒ | ☐ |
| **Rule 38.1(b)** | **Table of Contents** | *References the page number in the brief* | ☐ | ☒ | ☐ |
| | | *Indicates the subject matter of each issue/point* | ☐ | ☒ | ☐ |
| **Rule 38.1(c)** | **Index of Authorities** | *Lists citations alphabetically* | ☐ | ☒ | ☐ |
| | | *Gives the page numbers where cases are cited* | ☐ | ☒ | ☐ |
| **Rule 38.1(d)** | **Statement of the Case** | *States concisely the nature of the case* | ☒ | ☐ | ☐ |
| | | *States the course of the proceedings* | ☒ | ☐ | ☐ |
| | | *Gives the disposition of the case* | ☒ | ☐ | ☐ |
| **Rule 38.1(f)** | **Issues Presented** *(States concisely all issues or points)* | | ☒ | ☐ | ☐ |
| **Rule 38.1(g)** | **Statement of Facts** | | | | |
| | *States the facts concisely and without argument* | | ☒ | ☐ | ☐ |
| | *Gives RR references (CL if not here but in Argument; Rebrief if in neither)* | | ☐ | ☒ | ☐ |
| **Rule 38.1(h)** | **Summary of the Argument** | | | | |
| | *Contains a succinct, clear, and accurate statement of the arguments* | | ☒ | ☐ | ☐ |
| | *Does not merely repeat issues/points* | | ☒ | ☐ | ☐ |
| **Rule 38.1(i)** | **Argument** | *Contains a clear, concise argument* | ☒ | ☐ | ☐ |
| | | *Must contain appropriate citations to authorities and/or the record* | ☒ | ☐ | ☐ |
| **Rule 38.1(j)** | **Prayer/Short Conclusion** *(States clearly the nature of the relief sought)* | | ☒ | ☐ | ☐ |
| **Rule 9.1** | **Signing** | *State Bar of Texas identification number* | ☐ | ☐ | ☐ |
| | | *Correct signature for e-filed documents - /s/xxnamexx* | ☐ | ☐ | ☐ |
| **Rule 9.5(d)** | **Certificate of Service** | | ☐ | ☒ | ☐ |
| **Rule 9.4** | **Form** | *1" margins* | ☒ | ☐ | ☐ |
| | | *Double spaced* | ☒ | ☐ | ☐ |
| | | *10-point non-proportionally spaced; 13-point proportionally spaced* | ☒ | ☐ | ☐ |
| | | *Certificate of Compliance (word-count ≤ 15,000 words)* | ☐ | ☒ | ☐ |
| **Rule 38.1** | **Requisites of Brief** | *Appropriate Headings* | ☐ | ☒ | ☐ |
| | | *Sections in Correct Order* | ☐ | ☐ | ☐ |
| **Rule 38.1(k)** | **Appendix in Civil Cases** | | | | |
| | *Trial court's judgment and order* | | ☐ | ☐ | ☐ |
| | *Jury charge and verdict OR findings of fact & conclusions of law* | | ☐ | ☐ | ☐ |
| | *Text of any law (excluding caselaw) on which argument in based* | | ☐ | ☐ | ☐ |

**E-FILED?** ☐ YES ☒ NO     **BOOKMARKED?** ☐ YES ☐ NO     **SEARCHABLE?** ☐ YES ☐ NO

**DISPOSITION:** ☒ FILE ☐ FILE & CORRECTION LETTER ☐ RE-BRIEF     **O/A:** ☒ REQUESTED ☐ WAIVED

**DATE FILED:** **11/30/2015** : **12/31/2015** FILED DATE OF RECEPTION